# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 14-1086, Prof'l Massage Training Ctr. v. Accredit'n Alliance of |
|---|---|
| **Originating No. & Caption** | Case No. 1:12-cv-911-LO-IDD, Prof'l Massage Training Ctr. v. |
| **Originating Court/Agency** | U.S. District Court for the Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 USC § 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | Jan. 17, 2014 | |
| Date notice of appeal or petition for review filed | Jan. 30, 2014 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | Feb. 10, 2014 (cost petition) | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/30/2013
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ◉ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| See attached. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

This appeal asks the court to announce the proper standard for reviewing decisions of private accreditation agencies and whether the District Court afforded proper deference to defendant-appellant ACCSC's decision denying plaintiff-appellee PMTC's application to renew its accreditation as a massage training school. The appeal also asks whether PMTC is entitled to monetary relief under its due process claim and, if it is entitled to any monetary relief, whether the district court reached an erroneously inflated damages award.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Professional Massage Training Center, Inc. | Adverse Party: Professional Massage Training Center, Inc. |
|---|---|
| Attorney: Andrew N. Felice | Attorney: Maureen Elizabeth Carr |
| Address: Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Tysons Corner, VA 22182 | Address: Rees Broome, PC<br>8133 Leesburg Pike<br>9th Floor<br>Vienna, VA 22182 |
| E-mail: afelice@reesbroome.com | E-mail: mcarr@reesbroome.com |
| Phone: 703-790-1911 | Phone: 703-356-0527 |

**Adverse Parties (continued)**

| Adverse Party: Professional Massage Training Center, Inc. | Adverse Party: Professional Massage Training Center, Inc. |
|---|---|
| Attorney: Ronald Holt, | Attorney: Matthew L. Hoppock |
| Address: Dunn & Davison, LLC<br>1100 Walnut Street, Suite 2900<br>Kansas City, MO 64106<br>pro hac vice | Address: Dunn & Davison, LLC<br>1100 Walnut Street, Suite 2900<br>Kansas City, MO 64106<br>pro hac vice |
| E-mail: rholt@dunndavison.com | E-mail: mhoppock@dunndavison.com |
| Phone: 816-292-7600 | Phone: 816-292-7600 |

| **Appellant** (Attach additional page if necessary.) ||
| --- | --- |
| Name: Accreditation Alliance of Career Schools and Colleges d/b/a Accrediting Commission of<br>Attorney: Craig C. Martin<br>Address: Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654<br><br>E-mail: cmartin@jenner.com<br>Phone: 312-923-2776 | Name:<br><br>Attorney:<br>Address:<br><br><br><br><br>E-mail:<br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: |

**Signature:** s/ Craig C. Martin            **Date:** 2/13/14

**Counsel for:** Accreditation Alliance of Career Schools and Colleges

**Certificate of Service**: I certify that on 2/13/14 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
| --- | --- |
| Andrew N. Felice<br>Maureen Elizabeth Carr<br>Rees Broome PC<br>1900 Gallows Road<br>Suite 700<br>Tysons Corner, VA 22182 | Ronald L. Holt<br>Matthew L. Hoppock<br>Dunn & Davison, LLC<br>1100 Walnut Street, Suite 2900<br>Kansas City, MO 64106<br>rholt@dunndavison.com<br>mhoppock@dunndavison.com |

Signature: s/ Craig C. Martin            Date: 2/13/14