No. 14-1086

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| PROFESSIONAL MASSAGE TRAINING CENTER, INC.<br><br>Plaintiff-Appellee,<br>v.<br><br>ACCREDITATION ALLIANCE OF CAREER SCHOOLS AND COLLEGES d/b/a THE ACCREDITING COMMISSION OF CAREER SCHOOLS AND COLLEGES,<br><br>Defendants-Appellants. | On Appeal from the United States District Court for the Eastern District of Virginia (Alexandria)<br><br>Case No. 1:12-cv-00911-LO-IDD<br><br>Honorable Liam O'Grady<br>District Judge |

## REPRESENTATION STATEMENT OF DEFENDANTS-APPELLANTS

Pursuant to Federal Rule of Appellate Procedure 12(b), Craig C. Martin and Jenner & Block LLP submits this statement to the Clerk of the Circuit Court naming the Defendants-Appellants Accreditation Alliance of Career Schools and Colleges d/b/a The Accrediting Commission of Career Schools and Colleges, as the party they represent in this appeal. Mr. Craig C. Martin shall serve as counsel of record for this appeal.

Dated: February 13, 2014

Respectfully submitted,

ACCREDITATION ALLIANCE OF
CAREER SCHOOLS AND COLLEGES
D/B/A THE ACCREDITING COMMISSION
OF CAREER SCHOOLS AND COLLEGES,

By:   s/ Craig C. Martin

Craig C. Martin
  *Counsel of Record*
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2014, I electronically filed the foregoing **Representation Statement Of Defendants-Appellants** with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Andrew N. Felice
REES BROOME PC
1900 Gallows Road
Suite 700
Tysons Corner, VA 22182

Maureen Elizabeth Carr
REES BROOME PC
8133 Leesburg Pike
9th Fl.
Vienna, VA 22182

Ronald L. Holt
Matthew L. Hoppock
DUNN & DAVISON, LLC
1100 Walnut Street, Suite 2900
Kansas City, MO 64106
(*pro hac vice*)

                                                  s/Craig C. Martin_____
                                                  Craig C. Martin