# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-1086(L) and 14-1136   as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Professional Massage Training Center, Inc., a Missouri Corporation
_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Matthew L. Hoppock                          816-292-7600
Name (printed or typed)                     Voice Phone

Dunn & Davison, LLC                         816-292-7601
Firm Name (if applicable)                   Fax Number

1100 Walnut Street, Suite 2900

Kansas City, MO  64106                      mhoppock@dunndavison.com
Address                                     E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on  March 4, 2014   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Craig C. Martin
Jenner & Block
353 N. Clark St.
Chicago, IL 60654
cmartin@jenner.com

/s/ Matthew L. Hoppock                                      March 4, 2014
Signature                                                   Date

11/17/2011
SCC