## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Professional Massage Training Center, Inc.<br><br>Appellee / Cross-Appellant<br><br>vs.<br><br>Eric H. Holder, Jr.<br>ATTORNEY GENERAL,<br><br>       Respondent. | Case Nos. 14-1086 (L) & 14-1136 |

### SECOND MOTION FOR EXTENSION OF BRIEFING SCHEDULE

COMES NOW the appellee and cross-appellant, Professional Massage Training Center, Inc. ("PMTC"), by and through undersigned counsel, and respectfully moves the Court for a 30-day extension of the briefing schedule for filing its opening response brief, making the brief due on Friday, July 11, 2014.

The request for an extension is based on the inability of the undersigned to complete briefing in the allotted time. The undersigned has been assigned primary brief-writing duties in the Eighth Circuit case of Teo v. Holder (Case. no. 14-1886) due on June 9, 2014. Counsel also has an emergency detained Immigration trial that has been scheduled for June 5, 2014 in the Kansas City Immigration Court.

This is Appellees' second request for an extension.

WHEREFORE, PMTC respectfully moves the Court to delay the filing deadline for its opening brief until June 11, 2014.

RESPECTFULLY SUBMITTED this 3rd day of June, 2014.

/s/ Matthew L. Hoppock

Matthew L. Hoppock
Dunn & Davison, LLC
1100 Walnut Street, Suite 2900
Kansas City, MO  64106
816-292-7600
Fax 816-292-7601
mhoppock@dunndavison.com
Attorney for Petitioner

**CERTIFICATE OF SERVICE**

     I hereby certify that on this June 3, 2014, the foregoing document was filed electronically and will be served upon all counsel of record in accordance with the Court's Electronic Case Filing system.

/s/ Matthew L. Hoppock
Matthew L. Hoppock
Dunn & Davison, LLC
1100 Walnut Street, Suite 2900
Kansas City, MO  64106